### STATE *vs.* ALEXANDER CAMERON.

Piscataquis.    Opinion January 4, 1894.

*Indictment.    Names of Persons.    Initials.*

A description of the person to whom intoxicating liquor was sold as " S. A. Willetts," is no ground for demurrer to an indictment.

Letters of the alphabet may be sufficient names to distinguish persons of the same surname.

ON EXCEPTIONS.

The case is stated in the opinion.

*M. W. McIntosh,* County Attorney, for State.

*J. B. Peaks,* for defendant.

If the given name of Willetts was not known, it should have been so stated in the indictment, giving the initial letter gives the defendant no knowledge of who Willetts is or which Willetts it is. And gives him no opportunity of showing, in case of another indictment for selling to Stephen A. Willetts that he has been once convicted of selling to S. A. Willetts, because this being upon demurrer there is no evidence and will be none that S. A. Willetts means Stephen A. Willetts any more than it means Susan A. Willetts or Solomon. Heard Crim. Law, p. 32.

Counsel cited : *Com.* v. *Blood,* 4 Gray, 33 ; *Com.* v. *Thurlow,* 24 Pick. 374; *Com.* v. *Stoddard,* 9 Allen, 280, 282, and cases ; *Com.* v. *Intox. Liquors,* 116 Mass. 21, and cases ; *Com.* v. *Glover,* 111 Mass. 401 ; *Com.* v. *Crawford,* 9 Gray, 129, and cases ; *Com.* v. *Pope,* 12 Cush. 272 ; *Com.* v. *Hill,* 11 Cush. 141 ; *Com.* v. *Finn,* 108 Mass. 467.

Sitting: PETERS, C. J., LIBBEY, EMERY, HASKELL, WISWELL, JJ.

EMERY, J. The defendant was indicted for an unlawful sale of intoxicating liquor "to one S. A. Willetts." He demurred generally to the indictment, but in his argument only complains· that it did not sufficiently allege the name of the person to whom the sale was made. His argument is that, at least, one of the christian names should have been stated in full.

By his demurrer, the defendant admits that he did unlawfully sell a quantity of intoxicating liquor to one "S. A. Willetts;" and hence admits that "S. A. Willetts" is the name of the person to whom the liquor was sold. It, therefore, appears and must be assumed that the name of that person is "S. A. Willetts." It does not appear and cannot be assumed that he has any other, or any more of a name. Letters of the alphabet, consonants as well as vowels, may be names sufficient to distinguish different persons of the same surname. *Breedlove* v. *Nicolet*, 7 Pet. 413; *Tweedy* v. *Jarvis*, 27 Conn. 62; *Reg.* v. *Dale*, 6 Eng. L. & Eq. 360.

*Exceptions overruled.*